IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**REGIONS INSURANCE, INC.**                                                      PLAINTIFF

V.                              CASE NO. 4:08-CV-136 SWW

**JOSEPH DOUGLAS MAYO**                                                    DEFENDANTS

### ORDER OF DISMISSAL WITH PREJUDICE

On this 22nd day of May, 2009, comes on for consideration the above-styled case.

IT APPEARING to the Court that the matter has been settled, counsel for all parties having so advised the Court, it is ORDERED that the case should be, and hereby is, dismissed with prejudice.

IT IS SO ORDERED.

_____
Susan Webber Wright
United States District Judge

Approved:

_____
Byron Freeland
Ark. Bar No. 72039
Jeffrey L. Spillyards
Ark. Bar No. 2004159

MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
(501) 688-8800
Attorneys for Plaintiff

_____
David W. Sterling
Ark. Bar No. 97182

COX & STERLING, P.L.L.C.
8712 Counts Massie Road
North Little Rock, Arkansas 72113
(501) 954-8073
Attorneys for Defendant